Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff Kelley Moore

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLEY MOORE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHECK 'N GO,<br><br>　　　　Defendant. | Case No.: 5:17-cv-02938-NC<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT CHECK 'N GO; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Kelley Moore and defendant Check 'N Go that Check 'N Go be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

STIPULATION FOR DISMISSAL OF DEFENDANT CHECK 'N GO; [PROPOSED] ORDER -1-

DATED: September 15, 2017           **Sagaria Law, P.C.**

                                    By:   */s/ Elliot Gale*
                                          Elliot Gale
                                          Attorney for Plaintiff Kelley Moore


DATED: September 15, 2017           **Baker, Manock & Jensen, PC**

                                    By:   */s/ John Jackson Waste*
                                          John Jackson Waste
                                          Attorney for Defendant Check 'N GO


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that John Jackson Waste has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Check 'N Go is dismissed with prejudice.

IT IS SO ORDERED.

DATED:  September 15, 2017          _____
                                    Hon. N
                                    UNITED STATES DISTRICT JUDGE

*GRANTED — Judge Nathanael M. Cousins*